UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PATSY MERRIWEATHER : CHAPTER 13
      Debtor :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Objectant :
:
vs. :
:
GARY J. IMBLUM :
      Applicant : CASE NO. 1-21-bk-00110-HWV

## STIPULATION RESOLVING THE CHAPTER 13 TRUSTEE'S OBJECTION TO FIRST APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBUSEMENT OF EXPENSES

AND NOW, this 1st day of November, 2021, Objectant, Standing Chapter 13 Trustee Jack N. Zaharopoulos, and Applicant, Gary J. Imblum, stipulate as follows:

1. The objections listed in Paragraph 15(b)(17), (18), (20) and (22) of the Trustee's Motion are hereby sustained. Said line items total 24 minutes that were billed at the hourly rate of $295.00 per hour.

2. Applicant agrees to file, forthwith, an Agreed Order Resolving Trustee's Objection and First Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses allowing for payment in the sum of $7,136.50 for fees and $458.15 for costs, less client payment of $1,495.00, for a net amount due of $6,099.65 for the time period of February 24, 2020 through September 14, 2021.

_____       _____
Jack N. Zaharopoulos                                 Gary J. Imblum, Esquire
Standing Chapter 13 Trustee                  Imblum Law Offices, P.C.